IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EDWARD L. HAKE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICSOURCE HEALTH PLANS,<br>a health insurance service corporation,<br>and JOHN DOES I-V,<br><br>Defendant. | Cause No. CV-21-21-JTJ<br><br><br>ORDER GRANTING DISMISSAL<br>WITH PREJUDICE |

Pursuant to the parties' Stipulation to Dismiss with Prejudice, Doc. 73 and for good cause shown, the Court hereby ORDERS that the above-captioned matter is hereby dismissed with prejudice, with each side to bear their own costs and attorneys' fees.

DATED this 28th day of June, 2022.

John Johnston
United States Magistrate Judge